IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JOSEPH O. FASUSI,

    *Plaintiff,*

v.

    Case No.: 1:19-cv-00392-TSE-JFA

Equifax Information Solutions, LLC, *et al.*,

    *Defendants.*

## ORDER

Defendant Wells Fargo Auto, a division of Wells Fargo Bank, N.A. fka Wells Fargo Dealer Services (identified as Wells Fargo Dealer Services, Inc. in the Complaint and hereafter "Wells Fargo"), by counsel, pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rule 7(F)(2)(b), has filed a Consent Motion for an Extension of Time to file a responsive pleading to the Complaint filed by Plaintiff Joseph O. Fasusi.

UPON CONSIDERATION of the Motion, for good cause shown, and by agreement of the parties, it is hereby,

ORDERED that Wells Fargo's Consent Motion for an Extension of Time is GRANTED. Wells Fargo shall have until May 23, 2019 to file its responsive pleading to the Complaint.

ENTERED this 29th day of April, 2019.

/s/ JFA
John F. Anderson
United States District/Magistrate Judge