IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JOSEPH O. FASUSI,

    Plaintiff,

v.

                                  Case No.: 1:19-cv-00392-TSE-JFA

Equifax Information Solutions, LLC, et al.,

    Defendants.

## CONSENT ORDER FOR EXTENSION OF TIME

Defendant Toyota Motor Credit Corporation ("TMCC"), pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(F)(2)(b) has filed a Consent Motion for an Extension of Time for TMCC to answer, move, or otherwise respond to Plaintiff's Complaint.

Upon consideration of this Motion, for good cause shown and by agreement of the parties, it is hereby,

ORDERED that Toyota Motor Credit Corporation's Consent Motion for an Extension of Time is GRANTED. It is FURTHER ORDERED that Toyota Motor Credit Corporation shall answer, move, or otherwise respond to Plaintiff's Complaint by May 16, 2019.

ENTERED this 30th day of April, 2019

                                                        /s/
                                      John F. Anderson
                                      United States Magistrate Judge
                                      United States District/Magistrate Judge