## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| JOSEPH O. FASUSI,<br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC., *et al*<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:19-cv-392 |

### ORDER

This matter is set for a final pretrial conference on November 21, 2019 at 4:00 p.m. A review of the docket indicates that all 18 defendants in this matter have been dismissed, either through a stipulation of dismissal after a notice of settlement or through a notice of voluntary dismissal.

Because the parties have settled this matter and there is no longer an active dispute,

It is hereby **ORDERED** that the Clerk of Court shall administratively close this case and place it among the ended causes.

It is further **ORDERED** that the final pretrial conference scheduled for November 21, 2019 at 4:00 p.m. is **CANCELLED**.

The Clerk shall provide a copy of this Order to all counsel of record.

Alexandria, Virginia
November 14, 2019

/s/
T. S. Ellis, III
United States District Judge

1